**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**District of Idaho**

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. **Debtor's name** | Innovative Building & Remodeling |
| 2. **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 82-1655011 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 272 SW 5th Ave | 547 W Welch St |
| Number      Street | Number      Street |
| | P.O. Box |
| Meridian          ID      83642 | Meridian          ID      83646 |
| City          State      ZIP Code | City          State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Ada County | |
| County | Number      Street |
| | |
| | City          State      ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.ibnrboise.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | Innovative Building & Remodeling | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

2383

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When __ / __ / ____ Case number _____
MM / DD / YYYY

District _____ When __ / __ / ____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____

When __ / __ / ____
MM / DD / YYYY

Case number, if known _____

| Debtor | Innovative Building & Remodeling | Case number *(if known)* _____ |
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number          Street

_____

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Innovative Building & Remodeling | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/04/2022
MM / DD / YYYY

✖ /s/ Dustin Collins
Signature of authorized representative of debtor

Dustin Collins
Printed name

Title  Managing Member

**18. Signature of attorney**

✖ /s/ Luke Gordon
Signature of attorney for debtor

Date  03/04/2022
MM / DD / YYYY

Luke Gordon
Printed name

Gordon, Delic & Associates
Firm name

950 W BANNOCK ST Ste 600
Number          Street

Boise
City

ID
State

83702
ZIP Code

2089009509
Contact phone

luke@gordondelic.com
Email address

10681
Bar number

ID
State

---

**Fill in this information to identify the case:**

Debtor name    Innovative Building & Remodeling

United States Bankruptcy Court for the: District of Idaho

                                                    (State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B* .................................................................

       $ _____ 0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B* ...............................................................

       $ _____ 496,400.00

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B* ..................................................................

       $ _____ 496,400.00

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ...............................

   $ _____ 177,692.64

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 6a of *Schedule E/F*.......................................................

       $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................

       +$ _____ 1,040,638.58

4. **Total liabilities** .............................................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 1,218,331.22

---

**Fill in this information to identify the case:**

Debtor name _____Innovative Building & Remodeling_____

United States Bankruptcy Court for the: __District of Idaho__

Case number (If known): _____

☐ Check if this is an
amended filing

---

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Sba Eidl Small Business Administration Washington, DC, 20416 | | Monies Loaned / Advanced | | | | 500,000.00 |
| 2 | Franklin Building Supply 11700 W Franklin Rd Boise, ID, 83709 | | Suppliers or Vendors | | | | 110,000.00 |
| 3 | Global Funding Experts 2701 Queens Plaza North, Suite 802 Long Island, NY, 11101 | 877-253-7686 | Monies Loaned / Advanced | | | | 90,000.00 |
| 4 | Fundbox   First Electronic Bank 6900 Dallas Parkway Ste 700 Plano, TX, 75024 | | Monies Loaned / Advanced | | | | 64,000.00 |
| 5 | Biz Fund 2371 Mc Donald Ave Brooklyn, NY, 11223 | | Monies Loaned / Advanced | | | | 51,726.00 |
| 6 | NewCo Capital Group 90 Broad St. New York, NJ, 10004 | | Monies Loaned / Advanced | | | | 38,000.00 |
| 7 | Fox Capital Group 9/21 140 Broadway Fl 46 New York, NY, 10005 | | Monies Loaned / Advanced | | | | 27,763.00 |
| 8 | Fox Capital Group 140 Broadway Fl 46 New York, NY, 10005 | | Monies Loaned / Advanced | | | | 26,384.80 |

| Debtor | Innovative Building & Remodeling | | | Case number *(if known)* | | | |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Biz Fund 11/21 2371 Mc Donald Ave  Brooklyn, NY, 11223 | | Monies Loaned / Advanced | | | | 22,610.00 |
| 10 | Innovative Mechanical Solutions LLC 5475 S Silver Spur St  Boise, ID, 83709 | (208) 860-9766 innovativemec hanical365@g mail.com | Suppliers or Vendors | | | | 22,500.00 |
| 11 | Power House Electric 420 Island Ct  Nampa, ID, 83686 | sally@powerhelectric.com | Suppliers or Vendors | | | | 13,186.68 |
| 12 | Valley Glass 105 N 24th St  Boise, ID, 83702 | davidhvalleygla ss@gmail.com | Credit Card Debt | | | | 8,418.03 |
| 13 | 84 Lumber 240 W. Taylor Ave Meridian, ID, 83642 | shannon.mauck@84lumber.com | Suppliers or Vendors | | | | 8,372.35 |
| 14 | Bentley Door Company 1447 E. State St.  Eagle, ID, 83616 | hanna@bentle ydoor.com | Suppliers or Vendors | | | | 7,665.83 |
| 15 | Premier Plumbing PO Box 5344  Boise, ID, 83705 | premierplumbinginc@hotmail.com | Suppliers or Vendors | | | | 7,455.00 |
| 16 | Amazon PO Box 960016 Orlando, FL, 32896 | | Suppliers or Vendors | | | | 6,048.44 |
| 17 | Patrick Millwork, Inc. PO Box 1458  Meridian, ID, 83680 | (208) 258-7569 | Suppliers or Vendors | | | | 4,500.00 |
| 18 | McCall Rentals, Inc. 106 S Mission St  McCall, ID, 83638 | (208) 634-5709 mccallrental@ gmail.com | Suppliers or Vendors | | | | 4,170.38 |
| 19 | The Master's Construction Inc 4647 N Journey Pl  Meridian, ID, 83646 | paul.hoeper1@ gmail.com | Credit Card Debt | | | | 3,688.00 |
| 20 | Tates Rents 1356 Beechcraft Court  Boise, ID, 83716 | sroberts@tates rents.com | Credit Card Debt | | | | 3,501.73 |

**Fill in this information to identify the case:**

Debtor name ___Innovative Building & Remodeling___

United States Bankruptcy Court for the: ___District of Idaho___

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | $ 0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Iccu Business Checking | Savings | 4  0  9  7 | $ 0.00 |
| 3.2. | Iccu Business Checking | Checking | 4  1  0  7 | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $ 0.00

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | _____ | $_____ |
| 7.2. | _____ | $_____ |

Debtor   Innovative Building & Remodeling _____   Case number *(if known)*_____
         Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____   $_____

   8.2._____   $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.   $_____

---

| **Part 3:** | **Accounts receivable** |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    |  | Current value of debtor's interest |
    | --- | --- |

11. **Accounts receivable**

    | | | | | | Current value of debtor's interest |
    | --- | --- | --- | --- | --- | --- |
    | 11a. 90 days old or less: | 123,000.00 face amount | – | 0.00 doubtful or uncollectible accounts | = ....... ➜ | $ 123,000.00 |
    | 11b. Over 90 days old: | 0.00 face amount | – | 0.00 doubtful or uncollectible accounts | = ....... ➜ | $ 0.00 |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $ 123,000.00

---

| **Part 4:** | **Investments** |
| --- | --- |

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    | --- | --- | --- |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    | 14.1._____ | _____ | $_____ |
    | 14.2._____ | _____ | $_____ |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                    % of ownership:

    | 15.1._____ | _____% | _____ | $_____ |
    | 15.2._____ | _____% | _____ | $_____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    | 16.1._____ | _____ | $_____ |
    | 16.2._____ | _____ | $_____ |

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.   $_____

---

Debtor    Innovative Building & Remodeling
_____    Case number (if known)_____
Name

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** Tools And Misc Materials _____ | _____ MM / DD / YYYY | 0.00 $_____ | | 3,000.00 $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 3,000.00

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish _____ | $_____ | | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) _____ | $_____ | | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | | $_____ |

Debtor    Innovative Building & Remodeling _____    Case number *(if known)*_____
          Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                                                    $_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture**<br>Printers  (3 Epson Eco Tank), desks, chairs, computers | $ 0.00 | _____ | $ 8,900.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | · $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                                                    $ 8,900.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Innovative Building & Remodeling _____    Case number (if known)_____
        Name

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No. Go to Part 9.

☑  Yes. Fill in the information below.

| General description  Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest  (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  Job Trailer 28' | $ 0.00 | | $ 15,000.00 |
| 47.2  2005 Toyota Matrix | $ 0.00 | | $ 2,000.00 |
| 47.3  06 F350 Flat Bed Truck | $ 0.00 | | $ 5,000.00 |
| 47.4  See continuation sheet | $ 0.00 | | $ 106,000.00 |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| 49.  **Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 0.00 | | $ 233,500.00 |

51.  **Total of Part 8.**    $ 361,500.00

Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No

☑  Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐  No

☑  Yes

---

Debtor    Innovative Building & Remodeling
_____
Name                                          Case number (if known)_____

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
   ☑ No. Go to Part 10.
   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | $_____ | _____ | $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   | $_____ |
   |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

## Part 10:  Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>Www.lbnrboise.Com, Www.Innovativehomes4sale.Com | 0.00<br>$_____ | _____ | 0.00<br>$_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
   Add lines 60 through 65. Copy the total to line 89.

   | $ 0.00 |
   |---|

Debtor    Innovative Building & Remodeling _____    Case number (if known) _____
          Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

### Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  |  |
|---|---|
|  | **Current value of debtor's interest** |

71. **Notes receivable**

Description (include name of obligor)

_____    _____ – _____ = ➜    $_____
                                  Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____
_____    Tax year _____    $_____
_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    $_____
_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    Innovative Building & Remodeling
_____    Case number *(if known)*_____
Name

---

| **Part 12:** | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 123,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 3,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 8,900.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 361,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 496,400.00 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ......................................................... 496,400.00    $ 496,400.00

| Debtor 1 | Innovative Building & Remodeling | | | Case number *(if known)*_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| Flat Deck Trailer | 0.00 | 3,000.00 |
|---|---|---|
| 2020 F350 | 0.00 | 75,000.00 |
| 2015 F350 Crew Cab | 0.00 | 28,000.00 |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Job Trailer 12' | 0.00 | 3,500.00 |
|---|---|---|
| John Deere Mini Excavator | 0.00 | 55,000.00 |
| Dump Trailer 2016 Vin Sptbd1422 J1029454 | 0.00 | 10,000.00 |
| Spray Foam Trailer | | 110,000.00 |
| Takeuchi Track Loader TL10 | | 55,000.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Innovative Building & Remodeling |
| United States Bankruptcy Court for the: | District of Idaho |
| Case number (If known): | _____ |

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

**Creditor's name**
Chase

**Creditor's mailing address**
Po Box 78232
Phoenix, AZ 85062 8232

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**
2020 F350

$ 32,692.64          $ 75,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
John Deere Finance

**Creditor's mailing address**
P.O. Box 650215
Dallas, TX 75265

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
John Deere Mini Excavator

$50,000.00          $55,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $ 177,692.64

Debtor    Innovative Building & Remodeling _____    Case number (if known)_____
          Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** **Creditor's name**
Western Equipment Finance

**Creditor's mailing address**

654 Amherst Rd
Sunderland, MA 01375

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Spray Foam Trailer

$95,000.00     $110,000.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**
Western Equipment Finance

**Creditor's mailing address**

654 Amherst Rd.
Sunderland, MA 01375

**Creditor's email address, if known**

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Takeuchi Track Loader TL10

$ Undetermined     $ 55,000.00

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Innovative Building & Remodeling
       Name

Case number *(if known)*_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor _____Innovative Building & Remodeling_____

United States Bankruptcy Court for the: ___District of Idaho_____

Case number _____
(If known)

☐ Check if this is an
amended filing

Official Form 206E/F
===

## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:  $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**

Last 4 digits of account
number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:  $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**

Last 4 digits of account
number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3** | **Priority creditor's name and mailing address**

As of the petition filing date, the claim is:  $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**

Last 4 digits of account
number    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor _____Innovative Building & Remodeling_____ Case number (if known)_____
            Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
84 Lumber
240 W. Taylor Ave
Meridian, ID, 83642

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 8,372.35

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** | Nonpriority creditor's name and mailing address
Amazon
PO Box 960016
Orlando, FL, 32896

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 6,048.44

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** | Nonpriority creditor's name and mailing address
Bentley Door Company
1447 E. State St.

Eagle, ID, 83616

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 7,665.83

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** | Nonpriority creditor's name and mailing address
Big City Insulation of Idaho, Inc.
PO Box 11388

Bakersfield, CA, 93389-1388

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

$ 572.74

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** | Nonpriority creditor's name and mailing address
Biz Fund
2371 Mc Donald Ave

Brooklyn, NY, 11223

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monies Loaned / Advanced

$ 51,726.00

Date or dates debt was incurred  08/27/2021

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** | Nonpriority creditor's name and mailing address
Biz Fund 11/21
2371 Mc Donald Ave

Brooklyn, NY, 11223

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Monies Loaned / Advanced

$ 22,610.00

Date or dates debt was incurred  11/16/2021

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  Innovative Building & Remodeling _____    Case number *(if known)*_____
        Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** **Nonpriority creditor's name and mailing address**

Builders FirstSource
415 E.
Broadway Ave.

Meridian, ID, 83642

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,066.44

---

**3.8** **Nonpriority creditor's name and mailing address**

Capital Cleaning
7448 W Mossy Cup St

Boise, ID, 83709

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,600.00

---

**3.9** **Nonpriority creditor's name and mailing address**

Ferguson
FergusonEnterprises #3007 PO Box 847411

Dallas, TX, 75284-7411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 3,457.67

---

**3.10** **Nonpriority creditor's name and mailing address**

Floor Coverings International
5451 W. Kendall St.

Boise, ID, 83706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 2,054.79

---

**3.11** **Nonpriority creditor's name and mailing address**

Florida Tile
998 Governors Lane
Suite 250
Lexington, KY, 40513

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

$ 1,899.15

---

Debtor _____    Case number _(if known)_____
      Innovative Building & Remodeling
      Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Fox Capital Group
140 Broadway
Fl 46
New York, NY, 10005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred    11/16/2021

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 26,384.80

---

**3.13** Nonpriority creditor's name and mailing address

Fox Capital Group 9/21
140 Broadway
Fl 46
New York, NY, 10005

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred    09/01/2021

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 27,763.00

---

**3.14** Nonpriority creditor's name and mailing address

Franklin Building Supply
11700 W Franklin Rd

Boise, ID, 83709

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    05/01/2017

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 110,000.00

---

**3.15** Nonpriority creditor's name and mailing address

Fundbox   First Electronic Bank
6900 Dallas Parkway
Ste 700
Plano, TX, 75024

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred    03/27/2019

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 64,000.00

---

**3.16** Nonpriority creditor's name and mailing address

Global Funding Experts
2701 Queens Plaza North, Suite 802

Long Island, NY, 11101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred    11/29/2021

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 90,000.00

---

| Debtor | Innovative Building & Remodeling | Case number (if known) |
|---|---|---|
| | Name | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

IDI Distributors
Bin 88008

Milwaukee, WI, 53288-0008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 284.93

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Innovative Mechanical Solutions LLC
5475 S Silver Spur St

Boise, ID, 83709

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 22,500.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

LKL Associates, Inc.
758 W.
Franklin Rd.

Meridian, ID, 83642

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 121.51

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

McCall Rentals, Inc.
106 S Mission St

McCall, ID, 83638

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 4,170.38

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

Morell's Concrete Pumping
270 Heikkila Lane

McCall, ID, 83638

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 2,072.50

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor ___Innovative Building & Remodeling_____ Case number _(if known)_____
        Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

NewCo Capital Group
90 Broad St.

New York, NJ, 10004

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

Date or dates debt was incurred    11/17/2021

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 38,000.00

---

**3.23** Nonpriority creditor's name and mailing address

O-K Gravel
Works
P.O. Box 1569

Cascade, ID, 83611

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,614.83

---

**3.24** Nonpriority creditor's name and mailing address

Patrick Millwork, Inc.
PO Box 1458

Meridian, ID, 83680

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 4,500.00

---

**3.25** Nonpriority creditor's name and mailing address

Power House Electric
420 Island Ct

Nampa, ID, 83686

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,186.68

---

**3.26** Nonpriority creditor's name and mailing address

Premier Plumbing
PO Box 5344

Boise, ID, 83705

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,455.00

| Debtor | Innovative Building & Remodeling | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Rocky Mountain Portables
PO Box 190900

Boise, ID, 83719

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 164.96

---

**3.28** Nonpriority creditor's name and mailing address

Sawtooth Garage Doors
3942 Vista Ridge Ln.

New Plymouth, ID, 83655

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 3,000.00

---

**3.29** Nonpriority creditor's name and mailing address

Sba Eidl
Small Business Administration

Washington, DC, 20416

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   05/16/2020

Last 4 digits of account number   7408

$ 500,000.00

---

**3.30** Nonpriority creditor's name and mailing address

Sherwin Williams
8515 W.
Westpark St.

Boise, ID, 83704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 1,657.28

---

**3.31** Nonpriority creditor's name and mailing address

Superior Gutter Company
512 N
Coppertree Dr

Nampa, ID, 83651

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 504.00

---

| Debtor | Innovative Building & Remodeling | | Case number *(if known)*_____ |
| | Name | | |

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.32** Nonpriority creditor's name and mailing address

Tates Rents
1356
Beechcraft Court

Boise, ID, 83716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 3,501.73

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address

The Masonry Center
1424 N
Orchard St

Boise, ID, 83706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 577.54

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

The Master's Construction Inc
4647 N Journey Pl

Meridian, ID, 83646

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 3,688.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

Valley Glass
105 N 24th St

Boise, ID, 83702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 8,418.03

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor    Innovative Building & Remodeling                                      Case number *(if known)*_____
         Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

|  | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Amazon<br>PO Box 530958<br>Atlanta, GA, 30353 | Line 3.2<br>☐ Not listed. Explain: | _____ |
| 4.2. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.3. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.4. | | Line _____<br>☐ Not listed. Explain | _____ |
| 41. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line _____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line _____<br>☐ Not listed. Explain | _____ |

Debtor    Innovative Building & Remodeling
        Name

        Case number *(if known)*

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 1,040,638.58 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,040,638.58 |

---

**Fill in this information to identify the case:**

Debtor name ___Innovative Building & Remodeling___

United States Bankruptcy Court for the: ___District of Idaho___

Case number (If known): _____    Chapter ___11___

---

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official
Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Office Lease<br>Lessee<br><br><br>1 year, 8  months | Southwest Fifth Ventures<br>272 SW 5th Avenue<br>Meridian, ID, 83642 |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | | |

---

**Fill in this information to identify the case:**

Debtor name ___Innovative Building & Remodeling___

United States Bankruptcy Court for the: ___District of Idaho___

Case number (If known): _____

---

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Chase | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Chase | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | John Deere Finance | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | John Deere Finance | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Western Equipment Finan | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Western Equipment Finan | ☑ D<br>☐ E/F<br>☐ G |

Debtor    Innovative Building & Remodeling

Name

Case number *(if known)*_____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.7 | Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Western Equipment Finance | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Western Equipment Finance | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | 84 Lumber | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | 84 Lumber | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 | Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Amazon | ☐ D<br>☑ E/F<br>☐ G |
| 2.12 | Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Amazon | ☐ D<br>☑ E/F<br>☐ G |
| 2.13 | Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Bentley Door Company | ☐ D<br>☑ E/F<br>☐ G |
| 2.14 | Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Bentley Door Company | ☐ D<br>☑ E/F<br>☐ G |

Debtor | Innovative Building & Remodeling
Name

Case number *(if known)*_____

---

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.15 Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Big City Insulation of Idaho, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.16 Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Big City Insulation of Idaho, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.17 Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Biz Fund | ☐ D<br>☑ E/F<br>☐ G |
| 2.18 Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Biz Fund | ☐ D<br>☑ E/F<br>☐ G |
| 2.19 Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Biz Fund 11/21 | ☐ D<br>☑ E/F<br>☐ G |
| 2.20 Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Biz Fund 11/21 | ☐ D<br>☑ E/F<br>☐ G |
| 2.21 Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Builders FirstSource | ☐ D<br>☑ E/F<br>☐ G |
| 2.22 Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Builders FirstSource | ☐ D<br>☑ E/F<br>☐ G |

Debtor    Innovative Building & Remodeling    Case number *(if known)*_____
　　　　　Name

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.23 Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Capital Cleaning | ☐ D<br>☒ E/F<br>☐ G |
| 2.24 Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Capital Cleaning | ☐ D<br>☒ E/F<br>☐ G |
| 2.25 Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Ferguson | ☐ D<br>☒ E/F<br>☐ G |
| 2.26 Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Ferguson | ☐ D<br>☒ E/F<br>☐ G |
| 2.27 Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Floor Coverings International | ☐ D<br>☒ E/F<br>☐ G |
| 2.28 Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Floor Coverings International | ☐ D<br>☒ E/F<br>☐ G |
| 2.29 Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Florida Tile | ☐ D<br>☒ E/F<br>☐ G |
| 2.30 Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Florida Tile | ☐ D<br>☒ E/F<br>☐ G |

Debtor    Innovative Building & Remodeling    Case number *(if known)*_____
Name

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.31 Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Fundbox   First Electronic Bank | ☐ D<br>☑ E/F<br>☐ G |
| 2.32 Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Fundbox   First Electronic Bank | ☐ D<br>☑ E/F<br>☐ G |
| 2.33 Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | IDI Distributors | ☐ D<br>☑ E/F<br>☐ G |
| 2.34 Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | IDI Distributors | ☐ D<br>☑ E/F<br>☐ G |
| 2.35 Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | LKL Associates, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.36 Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | LKL Associates, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.37 Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Morell's Concrete Pumping | ☐ D<br>☑ E/F<br>☐ G |
| 2.38 Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Morell's Concrete Pumping | ☐ D<br>☑ E/F<br>☐ G |

Debtor    Innovative Building & Remodeling
Name

Case number *(if known)*_____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.**39** | Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Premier Plumbing | ☐ D<br>☑ E/F<br>☐ G |
| 2.**40** | Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Premier Plumbing | ☐ D<br>☑ E/F<br>☐ G |
| 2.**41** | Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Rocky Mountain Portables | ☐ D<br>☑ E/F<br>☐ G |
| 2.**42** | Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Rocky Mountain Portables | ☐ D<br>☑ E/F<br>☐ G |
| 2.**43** | Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Fox Capital Group | ☐ D<br>☑ E/F<br>☐ G |
| 2.**44** | Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Fox Capital Group | ☐ D<br>☑ E/F<br>☐ G |
| 2.**45** | Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Fox Capital Group 9/21 | ☐ D<br>☑ E/F<br>☐ G |
| 2.**46** | Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Fox Capital Group 9/21 | ☐ D<br>☐ E/F<br>☐ G |

Debtor    Innovative Building & Remodeling
Name

Case number *(if known)*_____

| Additional Page if Debtor Has More Codebtors |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.**47** Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Franklin Building Supply | ☐ D<br>☑ E/F<br>☐ G |
| 2.**48** Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Franklin Building Supply | ☐ D<br>☑ E/F<br>☐ G |
| 2.**49** Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Innovative Mechanical Solutions LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.**50** Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Innovative Mechanical Solutions LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.**51** Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | NewCo Capital Group | ☐ D<br>☑ E/F<br>☐ G |
| 2.**52** Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | NewCo Capital Group | ☐ D<br>☑ E/F<br>☐ G |
| 2.**53** Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Power House Electric | ☐ D<br>☑ E/F<br>☐ G |
| 2.**54** Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Power House Electric | ☐ D<br>☑ E/F<br>☐ G |

Debtor | Innovative Building & Remodeling
Name

Case number (*if known*)_____

| | **Additional Page if Debtor Has More Codebtors** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.55 | Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | McCall Rentals, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.56 | Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | McCall Rentals, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.57 | Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | O-K Gravel Works | ☐ D<br>☑ E/F<br>☐ G |
| 2.58 | Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | O-K Gravel Works | ☐ D<br>☑ E/F<br>☐ G |
| 2.59 | Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Patrick Millwork, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.60 | Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Patrick Millwork, Inc. | ☐ D<br>☑ E/F<br>☐ G |
| 2.61 | Dustin Collins | Dustin Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Sawtooth Garage Doors | ☐ D<br>☑ E/F<br>☐ G |
| 2.62 | Angelica Collins | Angelica Collins<br>547 W. Welch St.<br>Meridian, ID 83646 | Sawtooth Garage Doors | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name _Innovative Building & Remodeling_

United States Bankruptcy Court for the: District of Idaho

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From 01/01/2022<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other | $ 96,083.02 |
| **For prior year:** | From 01/01/2021<br>MM / DD / YYYY | to | 12/31/2021<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 839,116.72 |
| **For the year before that:** | From 01/01/2020<br>MM / DD / YYYY | to | 12/31/2020<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 682,698.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| **For prior year:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | _____ | $ _____ |
| **For the year before that:** | From<br>MM / DD / YYYY | to | MM / DD / YYYY | _____ | $ _____ |

| Debtor | Innovative Building & Remodeling | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | _____<br>Creditor's name | | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | _____<br>Creditor's name | | $ _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Angelica Collins<br>Insider's name<br>547 W. Welch St.<br>Meridian, ID 83646 | _____<br>_____<br>_____ | $ 19,884.62 | Payroll 2021 gross: $16,807.70<br>Payroll 2022 gross (ytd): $3,076.92 |
| | **Relationship to debtor**<br>Shareholder | | | |
| 4.2. | Dustin Collins<br>Insider's name<br>547 W. Welch St.<br>Meridian, ID 83646 | _____<br>_____<br>_____ | $ 80,391.94 | Payroll gross 2021: $68,853.89<br>Payroll gross 2022 (ytd): $11,538.47 |
| | **Relationship to debtor**<br>Managing Member | | | |

| Debtor | Innovative Building & Remodeling | Case number (if known) |
|---|---|---|
| | Name | |

---

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

**Part 3:  Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | _____<br><br>Case number<br>_____ | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | _____<br><br>Case number<br>_____ | | Court or agency's name and address | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

---

Debtor    Innovative Building & Remodeling
_____    Case number (if known)_____
Name

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| | **Case title** | **Court name and address** |
| | _____ | |
| | | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

---

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | | |
| | | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

---

| **Part 5:** | **Certain Losses** |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

---

Debtor    Innovative Building & Remodeling
_____          Case number *(if known)*_____
Name

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | _____ | | _____ | $_____ |
| | **Address** | | | |

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **5**

Debtor    Innovative Building & Remodeling _____    Case number *(if known)*_____
           Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | _____ | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | _____ | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

| Debtor | Innovative Building & Remodeling | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? *Check all that apply:* ☐ Electronically ☐ Paper |
| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. _____ Facility name | | _____ |
| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? *Check all that apply:* ☐ Electronically ☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor   Innovative Building & Remodeling
_____   Case number *(if known)*_____
         Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

| Debtor | Innovative Building & Remodeling | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ Name | | | $_____ |

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| _____ | _____ | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

Debtor    Innovative Building & Remodeling
_____    Case number *(if known)* _____
Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | Business name and address<br>_____<br>Name | Describe the nature of the business | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | Business name and address<br>_____<br>Name | Describe the nature of the business | EIN: _____<br>**Dates business existed**<br><br>From _____    To _____ |

---

Debtor    Innovative Building & Remodeling                                    Case number (*if known*)_____
         Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | Jack Trent & Co CPA<br>Name<br>6213 N. Cloverdale Rd. Boise, ID 83713 | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. | _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | _____<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. | _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | _____<br>Name | |

---

Debtor  Innovative Building & Remodeling
_____        Case number (if known)_____
        Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor   Innovative Building & Remodeling                                   Case number (if known)_____
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |
| **Name and address of the person who has possession of inventory records** | | |

27.2.   _____
        Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Angelica Collins | 547 W Welch St, Meridian, ID 83646 | General Partner | 50.00 |
| Dustin Collins | 547 W. Welch St., Meridian, ID 83646 | General Partner | 50.00 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  _____ Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | _____ | |

Debtor    Innovative Building & Remodeling _____    Case number *(if known)* _____
          Name

| Name and address of recipient | | |
|---|---|---|
| | _____ | _____ |
| 30.2 _____ | | _____ |
| Name | | |
| | | _____ |
| | | _____ |
| **Relationship to debtor** | | _____ |
| _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/04/2022
              MM  / DD  / YYYY

✘ /s/ Dustin Collins _____    Printed name  Dustin Collins _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Managing Member _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

Debtor Name _Innovative Building & Remodeling_

United States Bankruptcy Court for the: _District of Idaho_

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _03/04/2022_        ✘ /s/ Dustin Collins
            MM / DD / YYYY              Signature of individual signing on behalf of debtor

                          Dustin Collins
                          Printed name

                          Managing Member
                          Position or relationship to debtor

United States Bankruptcy Court

District of Idaho

In re:   Innovative Building & Remodeling

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____03/04/2022_____

/s/ Dustin Collins
_____
Signature of Individual signing on behalf of debtor

Managing Member
_____
Position or relationship to debtor

84 Lumber
240 W. Taylor Ave
Meridian, ID 83642

Amazon
PO Box 960016
Orlando, FL 32896

Amazon
PO Box 530958
Atlanta, GA 30353

Bentley Door Company
1447 E. State St.
Eagle, ID 83616

Big City Insulation of Idaho, Inc.
PO Box 11388
Bakersfield, CA 93389-1388

Biz Fund
2371 Mc Donald Ave
Brooklyn, NY 11223

Biz Fund 11/21
2371 Mc Donald Ave
Brooklyn, NY 11223

Builders FirstSource
415 E.
Broadway Ave.
Meridian, ID 83642

Capital Cleaning
7448 W Mossy Cup St
Boise, ID 83709

Chase
Po Box 78232
Phoenix, AZ 85062 8232

Ferguson
FergusonEnterprises #3007 PO Box 847411
Dallas, TX 75284-7411

Floor Coverings International
5451 W. Kendall St.
Boise, ID 83706

Florida Tile
998 Governors Lane
Suite 250
Lexington, KY 40513

Fox Capital Group
140 Broadway
Fl 46
New York, NY 10005

Fox Capital Group 9/21
140 Broadway
Fl 46
New York, NY 10005

Franklin Building Supply
11700 W Franklin Rd
Boise, ID 83709

Fundbox   First Electronic Bank
6900 Dallas Parkway
Ste 700
Plano, TX 75024

Global Funding Experts
2701 Queens Plaza North, Suite 802
Long Island, NY 11101

IDI Distributors
Bin 88008
Milwaukee, WI 53288-0008

Innovative Mechanical Solutions LLC
5475 S Silver Spur St
Boise, ID 83709

John Deere Finance
P.O. Box 650215
Dallas, TX 75265

LKL Associates, Inc.
758 W.
Franklin Rd.
Meridian, ID 83642

McCall Rentals, Inc.
106 S Mission St
McCall, ID 83638

Morell's Concrete Pumping
270 Heikkila Lane
McCall, ID 83638

NewCo Capital Group
90 Broad St.
New York, NJ 10004

O-K Gravel
Works
P.O. Box 1569
Cascade, ID 83611

Patrick Millwork, Inc.
PO Box 1458
Meridian, ID 83680

Power House Electric
420 Island Ct
Nampa, ID 83686

Premier Plumbing
PO Box 5344
Boise, ID 83705

Rocky Mountain Portables
PO Box 190900
Boise, ID 83719

Sawtooth Garage Doors
3942 Vista Ridge Ln.
New Plymouth, ID 83655

Sba Eidl
Small Business Administration
Washington, DC 20416

Sherwin Williams
8515 W.
Westpark St.
Boise, ID 83704

Superior Gutter Company
512 N
Coppertree Dr
Nampa, ID 83651

Tates Rents
1356
Beechcraft Court
Boise, ID 83716

The Masonry Center
1424 N
Orchard St
Boise, ID 83706

The Master's Construction Inc
4647 N Journey Pl
Meridian, ID 83646

Valley Glass
105 N 24th St
Boise, ID 83702

Western Equipment Finance
654 Amherst Rd
Sunderland, MA 01375

Western Equipment Finance
654 Amherst Rd.
Sunderland, MA 01375

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Idaho

In re  **Innovative Building and Remodeling**                              Case No. _____
                                                    Debtor(s)            Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation
     paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on
     behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ................................................   $        $250.00/hr (attorney)
                                                                                                              $150/hour (paralegal)

     Prior to the filing of this statement I have received ......................................   $        **$9,738.00** of which all
                                                                                                            pre-petition fees and
                                                                                                                costs have been
                                                                                                            deducted.  Remainder
                                                                                                                  held in Trust.

     Balance Due ..................................................................................   $        billed hourly as earned

2.   The source of the compensation paid to me was:

     ☒ Debtor       ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☒ Debtor       ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy
        of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Negotiations with secured creditors for valuation for Plan purposes; exemption planning; preparation and filing of
         plans and disclosure statements as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for
         avoidance of liens on household goods or personal property; stay relief proceedings as needed and permissible;
         motions for use of cash collateral; motions to incur secured debt; motions to assume or reject executory contracts
         and unexpired leases; other appropriate motions and pre-confirmation procedures; proceeding to obtain
         confirmation of the Plan.**

         **By agreement of the debtor(s), the above disclosed fees are a minimum fee in connection with this case.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **None except those decided on a case-by-case basis as they arise post-petition.**

         **In the event that this matter requires work not covered by this minimum fee, additional services shall be charged at
         the following hourly rate: $250.00 per hour for all services provided by an attorney and up to $150 per hour for any
         paralegal services.**

In re    **Innovative Building and Remodeling**                                    Case No.    _____
                          Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| CERTIFICATION |
|---|

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

3-4-2022
_____
*Date*

**Luke Gordon**
*Signature of Attorney*
**Gordon, Delic & Associates**
**950 W. Bannock St**
**Ste 600**
**Boise, ID 83702**
**208-900-9509  Fax: 208-900-9510**
**melody@gordondelic.com**
*Name of law firm*