84 Lumber
240 W. Taylor Ave
Meridian, ID 83642

Amazon
PO Box 960016
Orlando, FL 32896

Amazon
PO Box 530958
Atlanta, GA 30353

Bentley Door Company
1447 E. State St.
Eagle, ID 83616

Big City Insulation of Idaho, Inc.
PO Box 11388
Bakersfield, CA 93389-1388

Biz Fund
2371 Mc Donald Ave
Brooklyn, NY 11223

Biz Fund 11/21
2371 Mc Donald Ave
Brooklyn, NY 11223

Builders FirstSource
415 E.
Broadway Ave.
Meridian, ID 83642

Capital Cleaning
7448 W Mossy Cup St
Boise, ID 83709

Chase
Po Box 78232
Phoenix, AZ 85062 8232

Ferguson
FergusonEnterprises #3007 PO Box 847411
Dallas, TX 75284-7411

Floor Coverings International
5451 W. Kendall St.
Boise, ID 83706

Florida Tile
998 Governors Lane
Suite 250
Lexington, KY 40513

Fox Capital Group
140 Broadway
Fl 46
New York, NY 10005

Fox Capital Group 9/21
140 Broadway
Fl 46
New York, NY 10005

Franklin Building Supply
11700 W Franklin Rd
Boise, ID 83709

Fundbox   First Electronic Bank
6900 Dallas Parkway
Ste 700
Plano, TX 75024

Global Funding Experts
2701 Queens Plaza North, Suite 802
Long Island, NY 11101

IDI Distributors
Bin 88008
Milwaukee, WI 53288-0008

Innovative Mechanical Solutions LLC
5475 S Silver Spur St
Boise, ID 83709

John Deere Finance
P.O. Box 650215
Dallas, TX 75265

LKL Associates, Inc.
758 W.
Franklin Rd.
Meridian, ID 83642

McCall Rentals, Inc.
106 S Mission St
McCall, ID 83638

Morell's Concrete Pumping
270 Heikkila Lane
McCall, ID 83638

NewCo Capital Group
90 Broad St.
New York, NJ 10004

O-K Gravel
Works
P.O. Box 1569
Cascade, ID 83611

Patrick Millwork, Inc.
PO Box 1458
Meridian, ID 83680

Power House Electric
420 Island Ct
Nampa, ID 83686

Premier Plumbing
PO Box 5344
Boise, ID 83705

Rocky Mountain Portables
PO Box 190900
Boise, ID 83719

Sawtooth Garage Doors
3942 Vista Ridge Ln.
New Plymouth, ID 83655

Sba Eidl
Small Business Administration
Washington, DC 20416

Sherwin Williams
8515 W.
Westpark St.
Boise, ID 83704

Superior Gutter Company
512 N
Coppertree Dr
Nampa, ID 83651

Tates Rents
1356
Beechcraft Court
Boise, ID 83716

The Masonry Center
1424 N
Orchard St
Boise, ID 83706

The Master's Construction Inc
4647 N Journey Pl
Meridian, ID 83646

Valley Glass
105 N 24th St
Boise, ID 83702

Western Equipment Finance
654 Amherst Rd
Sunderland, MA 01375

Western Equipment Finance
654 Amherst Rd.
Sunderland, MA 01375