Samuel A. Diddle, ISB # 4967
**Eberle, Berlin, Kading, Turnbow**
   **& McKlveen, Chtd.**
1111 W. Jefferson St., Suite 530
P.O. Box 1368
Boise, ID  83701-1368
Telephone: (208) 344-8535
Facsimile: (208) 344-8542
Email: sdiddle@eberle.com

*Attorneys for Franklin Building Supply Co.*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF IDAHO

| IN RE:<br><br>INNOVATIVE BUILDING & REMODELING,<br><br>Debtor. | CASE NO. 22-00071-NGH<br>(Chapter 11)<br><br>NOTICE OF PERFECTION OF LIEN |
|---|---|

COMES NOW, Franklin Building Supply Co. ("Franklin") by and through its counsel of record and hereby provides notice pursuant to 11 U.S.C. § 546(b) of its perfection of its Mechanics and Materialmen's Lien, copies of which are attached hereto as Exhibit A.  The real property and improvements subject to Franklin's Claims of Lien are described in the liens attached hereto together with the amounts claimed.

DATED this 7th day of March, 2022.

           EBERLE, BERLIN, KADING, TURNBOW,
           & MCKLVEEN, CHARTERED


        By /s/ *Samuel A. Diddle*
          Samuel A. Diddle, of the firm
          Attorneys for Creditor, Franklin Building Supply Co.

**NOTICE OF PERFECTION OF LIEN - 1**
27380-1/01090786.000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of March, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

| | |
|---|---|
| Luke Gordon | luke@gordondelic.com; melody@gordondelic.com |
| Brett R. Cahoon | ustp.region18.bs.ecf@usdoj.gov |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participant(s) in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Dustin and Angelica Collins
547 Welch Street
Meridian, ID 83646

                                                 /s/ Samuel A. Diddle
                                                 Samuel A. Diddle

Instrument # 448600
VALLEY COUNTY, CASCADE, IDAHO
03-07-2022    14:47:02    No. of Pages: 2
Recorded for: FRANKLIN BUILDING SUPPLY
DOUGLAS A. MILLER    Fee: $13.00
Ex-Officio Recorder Deputy: AMF
Electronically Recorded by Simplifile

## LABORER'S AND MATERIALMAN'S NOTICE AND CLAIM OF LIEN

**NOTICE IS HEREBY GIVEN** that
FRANKLIN BUILDING SUPPLY CO., an Idaho Corporation,                          whose address is
11700 Franklin Rd, Boise, ID 83709            , Claimant herein, at the request of Innovative Building and Remodeling
did on the __24__ day of _September_, 2021 begin work and commence labor until the __10__ day of _December_,
2021, which was the last day on which said materials and supplies were so sold, furnished and delivered and/or labor provided,
which were to be used and were in fact used for the construction, alteration and/or repair of certain buildings, improvements,
structures and/or dwellings upon the following described lands located in _Valley_ County of Idaho, to-wit

See Exhibit A

More commonly known as: **407 Antonette Circle, Cascade, ID 83611**

The name of the owner(s) and/or reputed owner(s) of the lands, buildings and improvements to be charged with the lien is
**Antonette Estates LLC**            . The building materials and supplies so sold, furnished and delivered and/or the labor
provided amounted in value to the sum of $ _14,004.20_            and no part of this amount has been paid, and there are no just
credits or offsets. There is a balance due and unpaid for such materials and supplies and labor to this Claimant over and above all
just credits and offsets, of $ _14,004.20_            for which last named sum the above-named Claimant claims a lien on the said
buildings, structures, improvements and the land described above.

DATED this _7_ day of _March_, 20_22_

**FRANKLIN BUILDING SUPPLY CO.**

By _Sarah Spence_
Authorized Agent

STATE OF IDAHO    )
County of __Ada__   ) ss.

_____, being first duly sworn upon oath deposes and says: That she/he is an authorized agent or officer of
FRANKLIN BUILDING SUPPLY CO.            and makes this verification for and on its behalf;
that she/he has read the foregoing NOTICE AND CLAIM OF LIEN, knows the contents thereof and believes the same to be
true and just.

By: _Sarah Spence_

SUBSCRIBED AND SWORN to before me this _7_ day of _March_, 2022

_Betsy Hayhurst_
Notary Public for Idaho
Residing at _Eagle_, Idaho
My commission expires: _7/26/2026_

[Notary seal: BETSY HAYHURST, COMMISSION NUMBER 20202826, NOTARY PUBLIC, STATE OF IDAHO]

STATE OF IDAHO    )
County of __Ada__   ) ss.

On this _7_ day of _March_, 20_22_, before me, the undersigned, a Notary Public in and for said State, personally
appeared _Sarah Spence_, known or identified to me to be the authorized agent of
FRANKLIN BUILDING SUPPLY CO.            the corporation that executed the foregoing instrument,
or the person who executed said instrument on behalf of said corporation, and acknowledged to me that such corporation executed
the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above
written.

_Betsy Hayhurst_
Notary Public for Idaho
Residing at _Eagle_, Idaho
My commission expires: _7/26/2026_

[Notary seal: BETSY HAYHURST, COMMISSION NUMBER 20202826, NOTARY PUBLIC, STATE OF IDAHO]

# EXHIBIT A

Exhibit A

Lots 1, 2, 3, 4, 5, 7, 8, 10,11, and 12 of Basque Addition according to the official plat thereof, on file and of record in the office of the recorder, Valley County, Idaho, recorded September 27, 2000 as instrument number 250117 in book 9 of plats, at page 19

# EXHIBIT A

Instrument # 448601
VALLEY COUNTY, CASCADE, IDAHO
03-07-2022      14:48:20     No. of Pages: 2
Recorded for: FRANKLIN BUILDING SUPPLY
DOUGLAS A. MILLER           Fee: $13.00
Ex-Officio Recorder Deputy: AMF
Electronically Recorded by Simplifile

## LABORER'S AND MATERIALMAN'S NOTICE AND CLAIM OF LIEN

**NOTICE IS HEREBY GIVEN** that FRANKLIN BUILDING SUPPLY CO., an Idaho Corporation, whose address is 11700 Franklin Rd, Boise, ID 83709, Claimant herein, at the request of Innovative Building and Remodeling did on the 10 day of September, 2021 begin work and commence labor until the 7 day of December, 2021, which was the last day on which said materials and supplies were so sold, furnished and delivered and/or labor provided, which were to be used and were in fact used for the construction, alteration and/or repair of certain buildings, improvements, structures and/or dwellings upon the following described lands located in Valley County of Idaho, to-wit

See Exhibit A

More commonly known as: 412 Antonette Circle, Cascade, ID 83611

The name of the owner(s) and/or reputed owner(s) of the lands, buildings and improvements to be charged with the lien is **Antonette Estates LLC**. The building materials and supplies so sold, furnished and delivered and/or the labor provided amounted in value to the sum of $ 10,413.19 and no part of this amount has been paid, and there are no just credits or offsets. There is a balance due and unpaid for such materials and supplies and labor to this Claimant over and above all just credits and offsets, of $ 10,413.19 for which last named sum the above-named Claimant claims a lien on the said buildings, structures, improvements and the land described above.

DATED this 7 day of March, 2022

**FRANKLIN BUILDING SUPPLY CO.**

By *Sarah Spence*
Authorized Agent

STATE OF IDAHO     )
County of Ada      ) ss.

_____, being first duly sworn upon oath deposes and says: That she/he is an authorized agent or officer of FRANKLIN BUILDING SUPPLY CO. and makes this verification for and on its behalf; that she/he has read the foregoing NOTICE AND CLAIM OF LIEN, knows the contents thereof and believes the same to be true and just.

By: *Sarah Spence*

SUBSCRIBED AND SWORN to before me this 7 day of March, 20 22.

*Betsy Hayhurst*
Notary Public for Idaho
Residing at Eagle, Idaho
My commission expires: 7/26/2026

STATE OF IDAHO     )
County of Ada      ) ss.

On this 7 day of March, 2022, before me, the undersigned, a Notary Public in and for said State, personally appeared Sarah Spence, known or identified to me to be the authorized agent of FRANKLIN BUILDING SUPPLY CO. the corporation that executed the foregoing instrument, or the person who executed said instrument on behalf of said corporation, and acknowledged to me that such corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

*Betsy Hayhurst*
Notary Public for Idaho
Residing at Eagle, Idaho
My commission expires: 7/26/2026

# EXHIBIT A

Exhibit A

Lots 1, 2, 3, 4, 5, 7, 8, 10,11, and 12 of Basque Addition according to the official plat thereof, on file and of record in the office of the recorder, Valley County, Idaho, recorded September 27, 2000 as instrument number 250117 in book 9 of plats, at page 19

# EXHIBIT A

**Instrument # 448602**
VALLEY COUNTY, CASCADE, IDAHO
03-07-2022    14:56:56    No. of Pages: 2
Recorded for: FRANKLIN BUILDING SUPPLY
DOUGLAS A. MILLER    Fee: $13.00
Ex-Officio Recorder Deputy: AMF
Electronically Recorded by Simplifile

## LABORER'S AND MATERIALMAN'S NOTICE AND CLAIM OF LIEN

**NOTICE IS HEREBY GIVEN** that FRANKLIN BUILDING SUPPLY CO., an Idaho Corporation, whose address is 11700 Franklin Rd, Boise, ID 83709, Claimant herein, at the request of Innovative Building and Remodeling did on the 27 day of October, 2021 begin work and commence labor until the 10 day of December, 2021, which was the last day on which said materials and supplies were so sold, furnished and delivered and/or labor provided, which were to be used and were in fact used for the construction, alteration and/or repair of certain buildings, improvements, structures and/or dwellings upon the following described lands located in Valley County of Idaho, to-wit

See Exhibit A

More commonly known as: **415 Antonette Circle, Cascade, ID 83611**

The name of the owner(s) and/or reputed owner(s) of the lands, buildings and improvements to be charged with the lien is **Antonette Estates LLC**. The building materials and supplies so sold, furnished and delivered and/or the labor provided amounted in value to the sum of $ 63,002.71 and no part of this amount has been paid, and there are no just credits or offsets. There is a balance due and unpaid for such materials and supplies and labor to this Claimant over and above all just credits and offsets, of $ 63,002.71 for which last named sum the above-named Claimant claims a lien on the said buildings, structures, improvements and the land described above.

DATED this 7 day of **March**, 20**22**

**FRANKLIN BUILDING SUPPLY CO.**

By _Sarah Spence_
Authorized Agent

STATE OF IDAHO )
County of Ada ) ss.

_____, being first duly sworn upon oath deposes and says: That she/he is an authorized agent or officer of FRANKLIN BUILDING SUPPLY CO. and makes this verification for and on its behalf; that she/he has read the foregoing NOTICE AND CLAIM OF LIEN, knows the contents thereof and believes the same to be true and just.

By: _Sarah Spence_

SUBSCRIBED AND SWORN to before me this 7 day of March, 2022.

_Betsy Hayhurst_
Notary Public for Idaho
Residing at Eagle, Idaho
My commission expires: 7/26/2026

STATE OF IDAHO )
County of Ada ) ss.

On this 7 day of March, 2022, before me, the undersigned, a Notary Public in and for said State, personally appeared Sarah Spence, known or identified to me to be the authorized agent of FRANKLIN BUILDING SUPPLY CO. the corporation that executed the foregoing instrument, or the person who executed said instrument on behalf of said corporation, and acknowledged to me that such corporation executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal the day and year in this certificate first above written.

_Betsy Hayhurst_
Notary Public for Idaho
Residing at Eagle, Idaho
My commission expires: 7/26/2026

# EXHIBIT A

Exhibit A

Lots 1, 2, 3, 4, 5, 7, 8, 10,11, and 12 of Basque Addition according to the official plat thereof, on file and of record in the office of the recorder, Valley County, Idaho, recorded September 27, 2000 as instrument number 250117 in book 9 of plats, at page 19

# EXHIBIT A